UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr- 00474-AB |
| v. | INFORMATION |
| CHRISTOPHER GRIFFIN, | 41 C.F.R. § 102-74.385 |
| Defendant. | 6 C.F.R. § 139.35<br>6 C.F.R. § 139.35 |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**(Failing to Obey a Lawful Order)**
**(41 C.F.R. § 102-74.385)**

On or about October 22, 2025, in the District of Oregon, the defendant **CHRISTOPHER GRIFFIN**, did willfully enter in and on federal property, to wit: the grounds of the Immigration and Customs Enforcement Building and fail to comply with the lawful direction of federal police officers and other authorized individuals;

In violation of Title 40, United States Code, Section 1315, and Title 41, Code of Federal Regulations, Section 102-74.385, a class C misdemeanor.

### COUNT 2
**(Obstructing Federal Property)**
**(6 C.F.R. § 139.35)**

On or about November 14, 2025, in the District of Oregon, defendant **CHRISTOPHER GRIFFIN**, did willfully obstruct the usual use, enjoyment, or access to federal property, to wit:

the driveway of the Immigration and Customs Enforcement Building;

In violation of Title 40, United States Code, Section 1315, and Title 6, Code of Federal Regulations, Section 139.35(d), a class C misdemeanor.

**COUNT 3**
**(Trespassing on Federal Property)**
**(6 C.F.R. § 139.35)**

On or about November 16, 2025, in the District of Oregon, defendant **CHRISTOPHER GRIFFIN**, did willfully trespass, enter or remain in or upon areas of federal property closed to the public, to wit: the grounds of the Immigration and Customs Enforcement Building;

In violation of Title 40, United States Code, Section 1315, and Title 6, Code of Federal Regulations, Section 139.35(i), a class C misdemeanor.

Dated: November 17, 2025

Respectfully submitted,

SCOTT BRADFORD
United States Attorney


*/s/ Nicole Hermann*_____
NICOLE M. HERMANN, OSB #126353
Assistant United States Attorney